IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Company,<br><br>Plaintiff,<br><br>vs.<br><br>MARK HUELSKAMP, an individual,<br><br>Defendant. | CV 22-145-M-KLD<br><br>ORDER |
| MARK HUELSKAMP, an individual,<br><br>Counterclaimant,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Company,<br><br>Counter-Defendant. | |

The parties have filed a joint Stipulation to Dismiss. (Doc. 53). The parties request that this Court dismiss the above-captioned matter with prejudice, with each party to bear its own costs and fees. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its owns costs and fees. The Clerk of Court is directed to close the case file.

DATED this 20th day of September, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge